

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00179-CV

Rodney **WARRIOR**,
Appellant

v.

Maria Cristina **WARRIOR**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07193
Honorable Monique Diaz, Judge Presiding

# O R D E R

On December 15, 2022, appellant's attorney, Colin Hobbs, filed a motion to withdraw as appellant's attorney. The motion is GRANTED. Hobbs is reminded that he must (1) notify appellant of any deadlines or settings that have not been previously disclosed to appellant; and (2) file a copy of that notice with the court clerk. *See* TEX. R. APP. P. 6.5(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court